# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SUSAN E. STOLINSKI,** | |
| Plaintiff, | **8:14CV140** |
| vs. | |
| **NEBRASKA STUDENT LOAN PROGRAM, INC.,** | **ORDER** |
| Defendant. | |

This matter is before the court on the plaintiff's Motion to Withdraw (Filing No. 63). The plaintiff previously filed a motion to compel. **See** Filing No. 57. Plaintiff's counsel represents the parties resolved the discovery dispute underlying the motion to compel. Upon consideration,

**IT IS ORDERED**:

1. The plaintiff's Motion to Withdraw (Filing No. 63) is granted.
2. The plaintiff's Motion to Compel (Filing No. 57) is denied as moot.

Dated this 28th day of July, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge