IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUSAN E. STOLINSKI,<br><br>    Plaintiff,<br><br>vs.<br><br>NEBRASKA STUDENT LOAN PROGRAM, INC.,<br><br>    Defendant. | 8:14CV140<br><br>ORDER |

This matter is before the Court on the parties' Stipulation of Dismissal With Prejudice (Filing No. 73). The Court finds that the parties' agreement to dismiss the case should be granted.

**IT IS ORDERED** that the Stipulation of Dismissal With Prejudice (Filing No. 73) is granted and this case is dismissed on the merits, with prejudice, each party to bear its own costs.

Dated this 30th day of December, 2015

                 BY THE COURT:

                 s/ Joseph F. Bataillon
                 Senior United States District Judge